UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 15-64-DLB

MARILYN GALE TRIMBLE                                        PLAINTIFF

vs.                            <u>**JUDGMENT**</u>

CAROLYN W. COLVIN, Acting
Commissioner of Social Security                                        DEFENDANT

***************************

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1)      The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)      Plaintiff's complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE;** and,

(3)      This action is **STRICKEN** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 10th day of April, 2016.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\15-64 Trimble Judgment.wpd